FILED

William Henry Hamman
1209 N. Westmoreland Dr.
Orlando, Fl. 328084
407-421-9323
will@freewill.rocks

Alfred Risien Hamman
1209 N. Westmoreland Dr.
Orlando, Fl. 328084
407-421-9323
alfred@hamman.net

2019 NOV 26   AM 10: 06

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------

|

ALFRED RISIEN HAMMAN |
  obo the minor |
W.H.H. |
  Plaintiffs |

| No._____

   vs. |

| PLAINTIFFS COMPLAINT
THE UNIVERSITY OF CENTRAL FLORIDA | FOR DECLARATORY
BOARD OF TRUSTEES IN THEIR OFFICIAL | JUDGEMENT
AND INDIVIDUAL CAPACITIES |
  Defendants |

|

---------------------------------------------------------------

I, W.H.H., come before this court to sue the University of Central Florida Board of Trustees in their individual and official capacities and claim the following:

## THE PARTIES

1)      I am a Florida home education high school student in the 12th grade.    Myself and my dad, Alfred Risien Hamman, reside in Orange County, Florida.

2)      Defendant is the Board of Trustees for the University of Central Florida in their individual and official capacities.   (Hereinafter "UCF").   UCF resides and does business in Orange County, Florida.

## VENUE AND JURISDICTION

3)      This court has subject matter jurisdiction because the litigation arises under the Fourteenth Amendment of the United States Constitution.   The Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 2201 (Declaratory Judgment Act) and 28 U.S.C. § 2202 (Further Relief).   The action is brought pursuant to Federal Rule of Civil Procedure 57, (Declaratory Judgement).

4)      This court has personal jurisdiction over the parties because defendant resides and does business in Orange County, Fl as do my dad and I.    Orange County is within the court's jurisdiction.

5)      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1391(c)

## GENERAL ALLEGATIONS

6) Florida's Dual Enrollment Program is the enrollment of an eligible secondary student or home education student in a postsecondary course creditable toward high school completion and a career certificate or an associate or baccalaureate degree.

7) I have a constitutionally protected right to participate in the program per law.

8) UCF has a ministerial duty to provide the program to me.

## THE PRESENT CONTROVERSY

9) My constitutionally protected right to participate in the state's education system as granted by law is currently denied by three unconstitutional policies.

## CLAIMS FOR RELIEF

## CLAIM 1
### (Declaratory Judgement of UCF's home education grade point average req.)

10) UCF's web site states that a 3.8 high school grade point average is required for home education students who meet the minimum score on a common placement test adopted by the State Board of Education. (https://www.ucf.edu/admissions/ undergraduate/dual-enrollment-early-admission/ ---> "Dual Enrollment Requirements link", Appendix pg# 1)

11) Florida Statute 1007.271(13)(b)(2) plainly states that

"a high school grade point average **may not** be required for home education students who meet the minimum score on a common placement test adopted by the State Board of Education" *Florida Statute* 1007.271(13)(b)(2) (emphasis added)

12) The high school grade point average for home education students abuses my right to equal protection of the laws as articulated in the Fourteenth Amendment.

DECLARATORY JUDGEMENT SOUGHT:

13) UCF's grade point average requirement for home education students to participate in the Dual Enrollment program is unconstitutional.

## CLAIM 2

### (Declaratory Judgement of UCF's initial eligibility SAT / ACT test requirement)

14) UCF requires that all students pass all three parts of the SAT or ACT test as initial eligibility requirements for the Dual Enrollment program. (https://www.ucf.edu/ admissions/undergraduate/dual-enrollment-early-admission/ ---> "Dual Enrollment Requirements link", Appendix pg#1)

15) UCF may not legally require more than one piece of the PERT as an initial eligibility requirement for the program.

16) UCF's SAT / ACT requirement denies my right to equal protection of the laws as articulated in the Fourteenth Amendment.

DECLARATORY JUDGEMENT SOUGHT:

17) UCF's requirement of all three parts of the SAT or ACT as initial eligibility requirements for the Dual Enrollment program is unconstitutional.

3

## CLAIM 3
### (Declaratory Judgement of UCF's policy of arbitrary discretion over admissions)

18)   UCF asserts arbitrary discretion over my admission to the program.   "Satisfaction

of minimum requirements does not guarantee admission to UCF".          (https://

www.ucf.edu/admissions/undergraduate/dual-enrollment-early-admission/   --->   "Dual

Enrollment Requirements link",  Appendix pg# 1)

19)   Florida Statute 1007.271(13)(b) states that UCF

> "**must** enter into a home education articulation agreement with **each** legally
> eligible home education student seeking enrollment in a dual enrollment course."
> *Florida Statute* 1007.271(13)(b)

20)   UCF's Arbitrary Discretion Over Admissions policy abuses my absolute right to

protection of the laws as articulated in the Fourteenth Amendment.

DECLARATORY JUDGEMENT SOUGHT:

21)   UCF's Arbitrary Discretion Over Admissions policy abuses the right to equal

protection of the laws as articulated in the Fourteenth Amendment.

### PRAYER FOR RELIEF

WHEREFORE, I respectfully pray the Court:

22)   Enter judgement according to the declaratory relief sought in claims 1 - 3

23)   Enter judgement making permanent the conditions of the TRO and preliminary

injunction and further enjoining UCF from imposing any other such intolerable restraints.

24)    Enter such other further relief to which I may be entitled as a matter of law or

equity, or which the Court determines to be just and proper.

### DEMAND FOR JURY TRIAL

25)    Pursuant to Federal Rule of Civil Procedure 38 I hereby demand a jury trial on all

issues so triable.

Respectfully submitted November 26, 2019,

William Henry Hamman
1209 N. Westmoreland Dr.
Orlando, Fl. 328084
407-421-9323
will@freewill.rocks

Alfred Risien Hamman
1209 N. Westmoreland Dr.
Orlando, Fl. 328084
407-421-9323
alfred@hamman.net

# VERIFICATION

On November 25, 2019 Alfred Risien Hamman personally appeared before me, the undersigned

Notary Public, and, after being duly sworn, he stated under oath that every statement contained

within the complaint is within my personal knowledge and and is true and correct

_____

Alfred Risien Hamman

SUBSCRIBED AND SWORN TO BEFORE ME on November 25, 2019, which I certify by my

seal as set out below.

[ Notary's seal ]

Migdalia Pagan
State of Florida
My Commission Expires 05/21/2021
Commission No. GG 106818

_____
Signature

_____
Printed Name

Notary Public in and
for the State of Florida

My Commission expires
05/21/2021

X6