**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALFRED RISIEN HAMMAN and**
**W.H.H.,**

        **Plaintiffs,**

v.                                          Case No:  6:19-cv-2243-Orl-40DCI

**THE UNIVERSITY OF CENTRAL**
**FLORIDA BOARD OF TRUSTEES and**
**VALENCIA COLLEGE BOARD OF**
**TRUSTEES,**

        **Defendants.**

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Plaintiffs have failed to comply with the Court's Order (Doc. No. 7) of December 10, 2019, directing them to file a Notice of Pendency of Other Actions. Accordingly, it is

**ORDERED** that the Plaintiffs shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the dismissal of the case or the imposition of appropriate sanctions without further notice.

**DONE AND ORDERED** at Orlando, Florida, on January 14, 2020.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party